### SADIE MANEAR v. FRANK F. HATHAWAY

13 So. (2nd) 148                      January Term, 1943
April 27, 1943                        Division A
Rehearing Denied May 18, 1943

*Grant & Luther, W. Cecil Grant* and *Charles W. Luther,* for appellant.

*Walter G. Walker,* for appellee.

PER CURIAM:

From an examination of the entire record we find that decree without error and same is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.